# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DEAN SHERIDAN,**

        **Plaintiff,**

**v.**

        Case No. 07-C-41

**OAK STREET MORTGAGE, LLC,**

        **Defendant.**

# DECISION AND ORDER

This is a putative class action alleging a violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA") brought by Plaintiff Dean Sheridan ("Sheridan"). Defendant Oak Street Mortgage, LLC ("Oak Street"), against whom the Clerk of Court entered default, has not entered an appearance in this action. However, by a letter filed July 16, 2007, Oak Street advises the Court that it filed a Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of Indiana, Case No. 07-05279-JKC-11 and has listed Sheridan as a creditor based on the claims in this lawsuit.

In accordance with the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362, this matter is stayed until further order of this Court.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

This action is **STAYED**.

The Clerk of Court is instructed to submit a JS-6 form to the administrative office thereby closing the case for statistical purposes; and,

Nothing in this order shall be considered a dismissal or disposition of this matter and either party may reopen the case at any time by advising the court and opposing counsel that the automatic stay pursuant to 11 U.S.C. § 362 is no longer in effect.

Dated at Milwaukee, Wisconsin this 17th day of July, 2007.

                                     **BY THE COURT**

                                     s/ Rudolph T. Randa
                                     **Hon. Rudolph T. Randa**
                                     **Chief Judge**